**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEROGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| CATRICE CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:16-CV-_____ |
| GEORGIA DEPARTMENT OF | ) | |
| TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DISTRICT COURT NOTICE OF REMOVAL

**TO:  The Judges of the United States District Court for the Northern District of Georgia, Atlanta, Georgia**

COMES NOW Georgia Department of Transportation ("Defendant"),

Defendant in the above-styled action, by and through counsel, the Attorney

General of the State of Georgia, and pursuant to 28 U.S.C. §§ 1441 and 1446, and

within the time prescribed by law, files this Notice of Removal.  Defendant files

this notice subject to and without waiving any defenses available to it under state

and federal law.  Defendant respectfully shows the Court as follows:

1.

On September 12, 2016, Plaintiff Catrice Crawford filed *pro se* a civil action against the Defendant in the State Court of Fulton County, State of Georgia. The action was designated as:

> *CATRICE CRAWFORD vs. GEORGIA DEPARTMENT OF TRANSPORTATION*, State Court of Fulton County, State of Georgia,  Civil Action File No. 16EV004197.

2.

Defendant was served with a copy of the Summons and Complaint on September 15, 2016.  A copy of the Summons served on Defendant is attached as Exhibit "A."  A copy of the Complaint served on Defendant is attached as Exhibit "B."

3.

Plaintiff's *pro se* lawsuit captioned "Complaint for Wrongful Termination Retaliation And Harassment" includes allegations regarding violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.*, the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*, and the Equal Pay Act of 1963, 29 U.S.C. § 206(d). References to each of these federal statutes are found in Sections I, IV, VI(a), and

VI(b) of the Complaint. Therefore, Plaintiff's Complaint can be construed as asserting claims under these federal laws. Additionally, Plaintiff's Complaint can be read to include a state law claim under O.C.G.A. § 45-20-1, *et seq.,* Georgia's Fair Employment Practices Act.

4.

Plaintiff is seeking various forms of relief, including back pay, compensatory damages, and punitive damages, in an amount totaling $578,600.00.

5.

Plaintiff's case presents federal questions over which this Court has original subject matter jurisdiction under the provision of 28 U.S.C. § 1331, and, accordingly, is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) and 28 U.S.C. § 1367.

6.

Defendant attaches hereto as Exhibit "C" a true and accurate copy of the Superior Court Notice of Removal to be filed in the State Court of Fulton County, State of Georgia.

7.

Exhibits "A" through "C" constitute all process, pleadings, and orders, which have been served on Defendant or which have been filed or will be filed by Defendant in the State Court of Fulton County, State of Georgia.

8.

Defendant consents to and submits the removal of this action within 30 days of the date of service of the summons and Complaint upon it.  Defendant also consents to this notice subject to and without waiving any defenses available to the Defendant under state or federal law.

WHEREFORE, Defendant moves that this Notice of Removal be filed, that said action be removed to and proceed in the United States District Court for the Northern District of Georgia, so that no further proceedings may be had in the case in the State Court of Fulton County, State of Georgia.

This 13th day of October, 2016.

Respectfully submitted,

SAMUEL S. OLENS          551540
Attorney General

DENNIS R. DUNN           234098
Deputy Attorney General

*Signatures cont'd on next page*

4

s/Annette M. Cowart
ANNETTE M. COWART        191199
Senior Assistant Attorney General

s/Courtney C. Poole
COURTNEY C. POOLE        560587
Assistant Attorney General

Please serve:

COURTNEY C. POOLE
Assistant Attorney General
Attorney for Defendant
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone:(404)656-3384
Facsimile:(404)657-9932
cpoole@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **October 13, 2016**, I served the within and foregoing

**DISTRICT COURT NOTICE OF REMOVAL** on the same day as filing the

same by depositing a copy thereof in the U.S. Mail with adequate postage thereon

and properly addressed to the following:

> Catrice Crawford, *pro se*
> 1540 Stoneleigh Way
> Stone Mountain, Georgia 30088

This 13th day of October, 2016.

> s/Courtney C. Poole
> COURTNEY C. POOLE
> Ga. Bar 560587
> Assistant Attorney General
> Attorney for Defendant
> Department of Law, State of Georgia
> 40 Capitol Square, S.W.
> Atlanta, Georgia  30334-1300
> Telephone:(404)656-3384
> Facsimile:(404)657-9932
> cpoole@law.ga.gov